| PSTATE OF INDIANA | ) | IN THE LAKE COUNTY _____ COURT |
| --- | --- | --- |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF LAKE | ) | _____, INDIANA |

CLINT HARDY )
)
   Plaintiff, )
)
VS. ) CAUSE NO.:
)
CORPORAL A. TRICHAK #156, in his )
Individual and official capacity, )
OFFICER Z. SCHAUER #169, in his )
Individual and official capacity, )
TOWN OF DYER )
)
   Defendants )

## COMPLAINT

COMES NOW, Plaintiff, Clint Hardy, by Counsel Russell W. Brown, Jr. of The Region Lawyers, Inc. and for his Complaint for Damages against the defendants, Corporal A. Trichak #156, Officer Z. Schauer #169, the Town of Dyer and alleges as follows:

### THE PARTIES

1. On or about October 26, 2021 and at all relevant times thereafter, Clint Hardy was a resident of Lake County, State of Indiana.

2. On or about October 26, 2021 and at all relevant times thereafter, Defendant Officer Z. Schauer #169 was a sworn officer of the Town of Dyer Police Department and was acting under color of state law.

3. On or about October 26, 2021 and at all relevant times thereafter, Defendant Corporal A. Trichak #156 was a sworn officer of the Town of Dyer Police Department and was acting under color of state law.

Exhibit A

4. At all times relevant hereto, the Defendant Town of Dyer Police is a town located in Lake County Indiana and employed the other named defendants.

## THE FACTS

5. On October 26, 2021, Mr. Hardy was operating his 2006 Mac Semi Truck.

6. Defendant Corporal A. Trichak #156 initiated a traffic stop on Mr. Hardy.

7. Mr. Hardy curbed his vehicle when it was reasonably safe to do so.

8. Defendant Corporal A. Trichak #156 approached Mr. Hardy's vehicle with his gun drawn and ordered Mr. Hardy out of his vehicle.

9. Mr. Hardy complied with Corporal A. Trichak's order and exited his vehicle.

10. While on the ground, Defendant Officer Z. Schauer #169 deployed his department issued taser, striking Mr. Hardy.

11. Mr. Hardy was not resisting or disobeying any police orders.

12. Mr. Hardy was subsequently placed in handcuffs and transported to the Lake County Jail without incident.

13. As a result of Defendants' actions, Mr. Hardy sustained physical and emotional injuries.

## COUNT I: SECTION 1983 ILLEGAL SEARCH AND SEIZURE
### Against Defendants Corporal A. Trichak, Officer Z. Schauer

14. Each paragraph of this Complaint is incorporated as if restated fully herein.

15. Defendants Corporal A. Trichak and Officer Z. Schauer seized Plaintiff's person without probable cause.

16. As a result of Defendants Corporal A. Trichak and Officer Z. Schauer's illegal seizure of Plaintiff, Plaintiff suffered physical and emotional injuries.

17. The Complaint against Defendants Corporal A. Trichak and Officer Z. Schauer, is for damages arising out of the violation of civil rights pertaining to Plaintiff which are in direct violation of the United States Constitution.

18. Plaintiff had a clearly established right to be free from unreasonable search and seizure under the Fourth Amendment to the United States Constitution.

19. Defendants Corporal A. Trichak and Officer Z. Schauer subjected Plaintiff to an unreasonable search and seizure under the Fourth Amendment to the United States Constitution.

### COUNT II: SECTION 1983 EXCESSIVE FORCE
### Against Defendants Corporal A. Trichak, Officer Z. Schauer

20. Each paragraph of this Complaint is incorporated as if restated fully herein.

21. Defendants' actions were unreasonable based upon the totality of the circumstances surrounding Mr. Hardy's injuries.

22. Defendants' were acting under color of law.

### COUNT III: STATE LAW BATTERY
### Against Defendants Corporal A. Trichak, Officer Z. Schauer

23. Each paragraph of this Complaint is incorporated as if restated fully herein.

24. Defendants Corporal A. Trichak and Officer Z. Schauer knowingly or intentionally touched Plaintiff in a rude, insolent or angry manner.

25. Defendants Corporal A. Trichak and Officer Z. Schauer acted with malice, gross negligence or oppressiveness.

26. Defendants Corporal A. Trichak and Officer Z. Schauer were not the result of mistake of law, honest error or judgment, overzealousness or mere negligence.

27. Defendants Corporal A. Trichak and Officer Z. Schauer lacked any legal justification for their actions.

28. Defendants Corporal A. Trichak and Officer Z. Schauer were acting within the scope of their employment as sworn officers of the Town of Dyer Police Department.

29. Plaintiff suffered physical and emotional injuries as a result of Defendants' unlawful actions.

### COUNT IV: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### Against Defendants Corporal A. Trichak, Officer Z. Schauer

30. Each Paragraph of this Complaint is incorporated as if restated fully herein.

31. Defendants Corporal A. Trichak and Officer Z. Schauer battery and unlawful arrest of Plaintiff was extreme and outrageous conduct.

32. Defendants Corporal A. Trichak and Officer Z. Schauer intentionally or recklessly caused severe emotional distress to Plaintiff.

33. Defendants Corporal A. Trichak and Officer Z. Schauer actions were not the result of mistake of law, honest error or judgment, overzealousness or mere negligence.

34. Defendants Corporal A. Trichak and Officer Z. Schauer lacked any legal justification for their actions.

35. Defendants Corporal A. Trichak and Officer Z. Schauer were acting within the scope of their employment as sworn officers of the Town of Dyer Police Department.

36. Plaintiff suffered severe emotional distress as a result of the Defendants' unlawful actions.

## COUNT V – Respondeat Superior State Law Claims
## Against Defendant Town of Dyer

37. Each paragraph of this Complaint is incorporated as if restated fully herein.

38. That at all relevant times, Defendants Corporal A. Trichak and Officer Z. Schauer were engaging in duties within the scope of their employment with Defendant Town of Dyer Police Department when Plaintiff suffered his injuries.

39. The Defendant Town of Dyer should be liable for Plaintiff's damages related to the state law claims laid out above under the doctrine of respondeat superior.

## PRAYER FOR DAMAGES

WHEREFORE, having asserted various causes of action and alleging facts in support thereof, the Plaintiff, Clint Hardy, prays for judgment and damages against the Defendants as previously stated and as follows:

a. awarding the Plaintiff general and/or compensatory damages, including without limitation damages for his pain and suffering, mental anguish, embarrassment, humiliation, and/or general emotional distress, in amounts to be determined at trial;

b. awarding the Plaintiff punitive damages for the Defendants' willful and/or malicious violation of their civil rights or its reckless indifference to their civil rights;

c. awarding the Plaintiff his costs and attorney's fees;

d. awarding the Plaintiff treble damages in an amount up to three times the amount of his compensatory damages for the egregious nature of Defendants' actions.

e. for all other legal and/or equitable relief this Court deems just and proper in the premises.

Dated this 12th day of October, 2023

Respectfully submitted,

The Region Lawyers, Inc.



By:/s/ Russell W. Brown, Jr.
    Russell W. Brown, Jr. #29628-64
    Attorney for Plaintiff
    9223 Broadway Suite E
    Merrillville, IN 46410
    219/750-9380 - Fax 219/750-9397

## REQUEST FOR JURY TRIAL

The Plaintiff, Cling Hardy, respectfully requests that this cause be tried by jury.

Respectfully submitted,

The Region Lawyers, Inc.

By:/s/ Russell W. Brown, Jr.
    Russell W. Brown, Jr. #29628-64
    Attorney for Plaintiff
    9223 Broadway Suite E
    Merrillville, IN 46410
    219/750-9380 - Fax 219/750-9397