UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **CLINT HARDY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )  2:23 CV 391 |
| | ) |
| **A. TRICHAK,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

### O R D E R

In accordance with 28 U.S.C. § 636(b)(1), Magistrate Judge John E. Martin recommended that the court grant defendants' motion to dismiss this case due to the death of the plaintiff, Clint Hardy. (DE ## 28, 29.) No objections were filed, and the court agrees that the requirements of Federal Rule of Civil Procedure 25 have been satisfied. Accordingly, the court now **ADOPTS** Magistrate Judge Martin's report and recommendation (DE # 29) and **GRANTS** defendants' motion to dismiss (DE # 28). This case is **DISMISSED WITHOUT PREJUDICE.** The court orders plaintiff's counsel to send a copy of this order to Estelle Hardy, mother of the plaintiff, at her last known address via certified mail.

**SO ORDERED.**

Date: October 22, 2025

                                              s/James T. Moody
                                              JUDGE JAMES T. MOODY
                                              UNITED STATES DISTRICT COURT