AO 450 (Rev. 01/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
Northern District of Indiana

CLINT HARDY
       Plaintiff
  v.                       **Civil Action No.**     2:23cv391

A TRICHAK, Corporal, #156 in his individual and official capacity

Z SCHAUER, Officer, #169, in his individual and official capacity

TOWN OF DYER
       Defendant

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____

recover from the defendant (*name*) _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____.

**X** other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Senior Judge James T Moody on Report and Recommendation.

DATE : October 27, 2025               *Chanda J. Berta, Clerk of Court*

                                        S/Monica Clawson
                             by _____
                                *Signature of Clerk or Deputy Clerk*